IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0122

_____

IN THE MATTER OF

R.R.S. and A.S.

      Youths in Need of Care

_____

**ORDER GRANTING EXTENSION OF TIME**

_____

On motion of counsel for the Appellant,

IT IS ORDERED that the Appellant is granted an extension of time until May 14, 2020, to file and serve his reply brief. No further extensions will be granted for the brief.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 3 2020